PROB 12B
(7/93)

Report Date: June 22, 2007

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 26 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Douglas Labish | Case Number: 2:07CR00002-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Court Judge

| | |
|---|---|
| Date of Original Sentence: 5/30/2007 | Type of Supervision:   Supervised Release |
| Original Offense: Escape, 18 U.S.C. § § 751(a) and 4082(a) | Date Supervision Commenced: 06/19/2007 |
| Original Sentence: Prison - time served; TSR - 36 Months | Date Supervision Expires: 06/18/2010 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Douglas Labish was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Labish has agreed to the proposed modifications.

Respectfully submitted,

by  *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: June 22, 2007

Prob 12B
**Re: Labish, Douglas**
**June 22, 2007**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 25, 2007
Date